**Opinion issued October 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00221-CR

———————————

**DAVID LEON PURNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1382308**

---

## MEMORANDUM OPINION

Appellant, David Leon Purnell, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* Tex. R. App. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.  TEX. R. APP. P. 47.2(b).